IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.  No. 4:06CR00053 JLH

EYAD HASSAN
LINDA HASSAN

FILED IN OPEN COURT
MAR 06 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

## FINAL ORDER OF FORFEITURE

WHEREAS, on October 22, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendants to forfeit their interest in the following:

**$80,000 in U. S. Currency**

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, the United States also provided actual notice to all interested parties, including to the defendants;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

IT IS ORDERED that all right, title, and interest in all of the property set forth above is hereby forfeited to the United States, and the United States Marshal shall dispose of such property according to law.

SO ORDERED this 6th day of ~~January~~ March, 2008.

_____
UNITED STATES DISTRICT JUDGE

**U.S. Bank** — Five Star Service Guaranteed

OFFICIAL CHECK No. 50465681

DATE: MARCH 05, 2008

PAY: EIGHTY THOUSAND DOLLARS AND 00 CENTS

TO THE ORDER OF: US MARSHALLS

PURPOSE/REMITTER: LINDA AND EYAD HASSAN

Location: 2538969

$ 80,000.00

*Authorized Signature*

Issued By: MoneyGram Payment Systems, Inc. P.O. Box 9476, Minneapolis, MN 55480

⑆050465681⑆ ⑈091200541⑈ 01600106928 7⑆

RECEIVED BY [signature]